```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
          - v. -                 :         INDICTMENT
                                 :
EDY HERNANDEZ-UBERIA,            :         S5 07 Cr. 378
  a/k/a "Bale,"                  :
  a/k/a "Caballos,"              :
                                 :
               Defendant.        :
                                 :
- - - - - - - - - - - - - - - - x
```

**COUNT ONE**

The Grand Jury charges:

1. From in or about January 2006, up to and including in or about January 2007, in the Southern District of New York and elsewhere, EDY HERNANDEZ-UBERIA, a/k/a "Bale," a/k/a "Caballos," the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that EDY HERNANDEZ-UBERIA, a/k/a "Bale," a/k/a "Caballos," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 1 kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

**OVERT ACT**

3. In furtherance of the conspiracy, and to effect

the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York:

    c.  On or about October 4, 2006, a co-conspirator not named as a defendant herein ("CC-4") and EDY HERNANDEZ-UBERIA, a/k/a "Bale," a/k/a "Caballos," the defendant, drove a vehicle containing approximately $120,000 concealed in a secret compartment in the Bronx, New York.

    (Title 21, United States Code, Section 846.)

_Madeline Conton_
FOREPERSON

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**EDY HERNANDEZ-UBERIA,**
 a/k/a "Bale"
 a/k/a "Caballos,"


      Defendant.

---

<u>**INDICTMENT**</u>

**S5 07 Cr. 378**

(Title 21, United States Code, 846)

---

          <u>MICHAEL J. GARCIA</u>
       United States Attorney

**A TRUE BILL.**

*Madeline Couton*

---
          Foreperson.

5-15-07    Filed Indictment. Case assigned to J. Kaplan

                          Pitman
                          U.S.M.J.