**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: SA Howard Lam<br>At: NYFD OCDE SF | ☐ ☐ ☐ ☐ ☐ | | 6. File Title | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | | 8. Date Prepared<br>05/17/07 | |

9. Other Officers: NYPD Detective Pete Crespo

10. Report Re: Post Arrest Statements by Edy HERNANDEZ-UBIERA on May 15, 2007

### SYNOPSIS

On 05/15/07, Edy HERNANDEZ-UBIERA was arrested at 3349 Hull Ave, Apt.E, Bronx, NY pursuant to an arrest warrant for violation 21 USC 846 by members of the NY-Organized Crime Drug Enforcement Strikeforce Group Z-51. Following HERNANDEZ-UBIERA's arrest, Detective Pete Crespo explained the charges he faced and read his Miranda Rights. HERNANDEZ-UBIERA stated that he understood his rights and agreed to speak to investigating Agents and Officers. Accordingly, HERNANDEZ-UBIERA signed a Miranda Rights form as witnessed by Detective Pete Crespo and SA Howard Lam.

### DETAILS

1. At approximately 07:05 hrs. HERNANDEZ-UBIERA was explained the charges he faced and read his Miranda Rights. HERNANDEZ-UBIERA stated that he understood his rights and agreed to speak to investigating Agents and Officers. Accordingly, HERNENDEZ-UBIERA signed a Miranda Rights form(Exhibit N-51) as witnessed by Detective Pete Crespo and SA Howard Lam. HERNANDEZ-UBIERA stated essentially that he was employed by an individual known as "Martinez" at Canoa Shipping since May 2006 for six months. "Martinez" was described only as a older Dominican male. He was introduced to "Martinez" by an individual known to him as "Jose" in the Dominican Republic. "Jose" was described only as a Dominican male.

| 11. Distribution:<br>Division<br><br>District<br><br>Other   SARI | 12. Signature (Agent)<br><br>SA Howard Lam | 13. Date |
|---|---|---|
| | 14. Approved (Name and Title)<br>Peter J. Fox<br>Group Supervisor | 15. Date |

DEA Form    - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.



1483

**U.S. Department of Justice**
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

1. File No. ▮
2. G-DEP Identifier ▮
3. File Title ▮

4. Page 2 of 2
5. Program Code
6. Date Prepared 05/17/07

   2. HERNANDEZ-UBIERA stated that in October 2006, he was arrested for money laundering charges for which he is currently under probation. He served a total of one month incarceration under state charges. Specifically, he was arrested with "DARI" in possession of approximately $100,000 USC contained inside the vehicle while he was driving a tan colored Chevy Blazer registered to "Martinez". HERNANDEZ-UBIERA stated that he assumed that the money contained inside the vehicle belonged to "Martinez" since it was registered under his name. HERNANDEZ-UBIERA stated that he would be able to assist agents if he was given the opportunity. Furthermore, he did not have any phone numbers or any contact information for "Martinez". Specifically, he did not have any contact information or have information on the whereabouts of "DARI".

<u>**INDEXING**</u>

1. ▮
2. ▮



DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1484