06/28/2007 14:55 FAX                                                                 ☒ 002/002

# ADVERTENCIA DE DERECHOS

Lugar: 99 Tenth Ave NYFD
Fecha: 5-15-2007
Hora: 0705 hrs.

**Antes de hacerle cualquier pregunta, usted tiene que entender sus derechos:**

EH·J ___ Usted tiene el derecho de permanecer en silencio. (P

EHU ___ Cualquier cosa que usted diga puede ser usada en su contra ante un tribunal. (P

EHu ___ Antes de hacerle cualquier pregunta usted tiene el derecho de consultar un abogado. (P

EH·J ___ Usted tiene el derecho de tener un abogado presente durante el interrogatorio. (P

EH·J ___ De no poder pagar los servicios de un abogado, y si usted lo desea, se le nombrará (P
uno antes de hacerle cualquier pregunta.

EH·α ¿Ha entendido sus derechos? (P

EH·J ¿Esta dispuesto a contestar algunas preguntas? (P

## RENUNCIA DE DERECHOS

EHU [ ] He leído o [ ] se me han leído los derechos arriba mencionados y entiendo cuales son (P
mis derechos. En este momento estoy dispuesto a contestar libre y voluntariamente
cualquier pregunta sin la presencia de un abogado.

Firma _____

Testigo: Det. P. [signature]
Testigo: SA [signature]
Hora: 0710 hrs.

FORM DEA-13 b(4-06)
Spanish Version

EX. B

1491