06/28/2007 14:55 FAX                                                                       ☒002/002

# ADVERTENCIA DE DERECHOS

Lugar: 99 Tenth Ave NYFD
Fecha: 5-15-2007
Hora: 0705 hrs.

**Antes de hacerle cualquier pregunta, usted tiene que entender sus derechos:**

EH.U ___ Usted tiene el derecho de permanecer en silencio. ℗

EHU ___ Cualquier cosa que usted diga puede ser usada en su contra ante un tribunal. ℗

EHU ___ Antes de hacerle cualquier pregunta usted tiene el derecho de consultar un abogado. ℗

EH.U ___ Usted tiene el derecho de tener un abogado presente durante el interrogatorio. ℗

EH.U ___ De no poder pagar los servicios de un abogado, y si usted lo desea, se le nombrará ℗
          uno antes de hacerle cualquier pregunta.

EH.U ¿Ha entendido sus derechos? ℗

EH.U ¿Esta dispuesto a contestar algunas preguntas? ℗

## RENUNCIA DE DERECHOS

EHU [ ] He leído o [ ] se me han leído los derechos arriba mencionados y entiendo cuales son ℗
     mis derechos. En este momento estoy dispuesto a contestar libre y voluntariamente
     cualquier pregunta sin la presencia de un abogado.

                                                                       Firma _____

Testigo: Det. P. _____
Testigo: SA _____
Hora: 0710 hrs.

FORM DEA-13 b(4-06)
Spanish Version

EX. B

1491

U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

**CONSENTIMIENTO A SER REGISTRADO**

1. SE ME HA PEDIDO QUE AUTORICE A AGENTES ESPECIALES DE LA ADMINISTRACION DE CONTROL DE DROGAS A REGISTRAR: (Describir la persona, lugar o cosas a registrar.)

   3349 Hull Ave Apt E
   Bronx NY 10467

2. NO HE SIDO AMENAZADO/A, NI FORZADO/A DE NINGUNA MANERA.

3. YO HE CONSENTIDO LIBREMENTE A ESTE REGISTRO.

   5/15/2007
   Fecha   0555 hrs.

   Firma

   Testigos:   Det. P. _____

   SA _____

FORM DEA-88a
Proposed Jan. 2005

Electronic Forms Version Designed in JetForm 5.3 Version

Ex.C

1492