06/28/2007 14:55 FAX ☒002/002

# ADVERTENCIA DE DERECHOS

Lugar: 99 Tenth Ave NYFD
Fecha: 5-15-2007
Hora: 0705 hrs.

**Antes de hacerle cualquier pregunta, usted tiene que entender sus derechos:**

EH.J ___ Usted tiene el derecho de permanecer en silencio. ℗

EHU ___ Cualquier cosa que usted diga puede ser usada en su contra ante un tribunal. ℗

EHU ___ Antes de hacerle cualquier pregunta usted tiene el derecho de consultar un abogado. ℗

EH.J ___ Usted tiene el derecho de tener un abogado presente durante el interrogatorio. ℗

EH.J ___ De no poder pagar los servicios de un abogado, y si usted lo desea, se le nombrará ℗
uno antes de hacerle cualquier pregunta.

EH.U ¿Ha entendido sus derechos? ℗

EH.U ¿Esta dispuesto a contestar algunas preguntas? ℗

## RENUNCIA DE DERECHOS

EHU [ ] He leído o [ ] se me han leído los derechos arriba mencionados y entiendo cuales son ℗
mis derechos. En este momento estoy dispuesto a contestar libre y voluntariamente
cualquier pregunta sin la presencia de un abogado.

Firma _[signature]_

Testigo: _Det. P. [signature]_
Testigo: _SA [signature]_
Hora: 0710 hrs.

FORM DEA-13 b(4-06)
Spanish Version

EX. B

1491

**U.S. DEPARTMENT OF JUSTICE**
DRUG ENFORCEMENT ADMINISTRATION

**CONSENTIMIENTO A SER REGISTRADO**

1. SE ME HA PEDIDO QUE AUTORICE A AGENTES ESPECIALES DE LA ADMINISTRACION DE CONTROL DE DROGAS A REGISTRAR: (Describir la persona, lugar o cosas a registrar.)

   3349 Hull Ave Apt E
   Bronx NY 10467

2. NO HE SIDO AMENAZADO/A, NI FORZADO/A DE NINGUNA MANERA.

3. YO HE CONSENTIDO LIBREMENTE A ESTE REGISTRO.

   5/15/2007
   Fecha   0555 hrs.          Firma

                Testigos:    Det. P. A_____

                             S/A _____

FORM DEA-88a
Proposed Jan. 2005

Electronic Forms Version Designed in JetForm 5.3 Version

Ex.C

1492

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

       -against-                               AFFIDAVIT

EDY HERNANDEZ-UBERIA,                S6 07 CR 378 (LAK)

                  Defendants.
------------------------------------------------------------x

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF KINGS      )

    1.    My name is Edy Hernandez-Uberia and I am a citizen of the Dominican Republic. I do not speak English.

    2.    I was sleeping when approximately eight armed Federal agents came into my apartment and arrested me on May 15, 2007. The agents pointed guns at me and my aunt during my arrest. I was arrested where I live at 3349 Hull Avenue, Apt. E, Bronx, New York.

    3.    I was terrified and frightened when I signed police forms about my search and my Miranda rights.

    4.    I did not understand or read the police forms I signed. I do not remember the agents telling me I could remain silent or refuse to give them a consent to search. They told me I would be released if I talked to them.

    5.    The agents immediately searched my apartment when they entered and

then asked me to sign a police form.

6. The agents told me I could go home if I spoke to them and they told me they would get a warrant to search my home if they wanted to.

7. I did not voluntarily waive my rights to remain silent. I did not voluntarily consent to a search. I was frightened and confused by the police. I signed the papers they put in front of me.

_____
EDY HERNANDEZ-UBERIA

Sworn to before me this
30 day of July, 2007

_____
Notary Public
02BU6120581   EXP 12/30/08

Document translated by: _____