**Dated:      9/12/7**

                                                                By:      **<u>Lourdes Aquino</u>**
                                                                                       Deputy Clerk

cc:  Attorneys of Record