```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,              :        07 Cr. 378 (SHS)

    -against-                                              :        <u>ORDER</u>

EDY HERNANDEZ-UBERIA, *ET AL.*,         :

          Defendants.                        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    This case was recently reassigned to this Court from Judge Kaplan's docket. Accordingly,

    IT IS HEREBY ORDERED that there will be a pretrial conference on Friday, September 28, 2007, at 9:30 a.m. in courtroom 23A.

Dated: New York, New York
       September 17, 2007

                              SO ORDERED:

                              _____
                              Sidney H. Stein, U.S.D.J.