```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                 :        07 Cr. 378 (SHS)

    -against-                                              :        ORDER

EDY HERNANDEZ UBERIA,                      :

        Defendant.                                    :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that John Burke is relieved and Alan Seidler will file a notice of appearance on behalf of defendant.

Dated: New York, New York
       January 3, 2008

                                          SO ORDERED:

                                          Sidney H. Stein, U.S.D.J.