

LAW OFFICE
OF
B. ALAN SEIDLER
580 BROADWAY
NEW YORK, NEW YORK 10012

(888) 247-0243
FACSIMILE
(212) 334-2211

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08

April 2, 2008

Hon. Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

By FAX

   re: USA v. Hernandez
      07 Cr 378 (SHS)

Dear Judge Stein;

    With the consent of the Government, by AUSA Naftalis, I am requesting an adjournment of the April 15th sentencing to a date in the latter part of May, 2008, convenient to your Honor. I did not receive the presentence report until March 24, 2008, and I am in the process of obtaining materials related to sentencing from outside the United States. Additionally, the parties are in the process of resolving "safety valve" issues.
    Thank you.

Very truly yours,

B. Alan Seidler

cc: AUSA Benjamin Naftalis, by FAX
bas/ee

*The sentencing is adjourned to May 29, 2008 at 3:00 pm. Defense submission due May 15; gov't response due May 22. No adjournments.*

SO ORDERED 4/3/08

SIDNEY H. STEIN
U.S.D.J.